**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARY F. WILSON, individually and**
**on behalf of all persons similarly situated**                                **PLAINTIFF**

**V.**                             **4:08CV00557 BSM**
                                   **4:08CV00366 JMM**

**TYSON FOODS, INC.**                                                          **DEFENDANT**

## ORDER CONSOLIDATING CASES

Pending is the Plaintiff's Notice of Related Case (Docket # 2). The Defendant has responded and agrees that this case is closely related to *Cohen, et al. v. Tyson Foods, Inc.,* 4:08CV00366 JMM (the "Cohen Case"). After review of the cases, the Court finds that they should be consolidated into one action pursuant to Rule 42(a)(2). Therefore, the Clerk is directed to consolidate *Wilson v. Tyson Foods, Inc.,* 4:08CV00557 BSM with the Cohen Case, 4:08CV00366 JMM. All future documents should be filed in the Cohen case.

IT IS SO ORDERED this 25th day of June 2008.

_____
James M. Moody
United States District Judge