IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNIE M. GUPTON                                                                                              PLAINTIFF

Vs.                                          CASE #4:08cv00587JMM

TYSON FOODS, INC.                                                                                          DEFENDANT

### ORDER CONSOLIDATING CASES

Pending is the Plaintiff's Notice of Related Case (docket entry #2). The Defendant has responded and agrees that this case is closely related to *Cohen, et al v. Tyson Foods, Inc.,* 4:07cv00366 JMM (the 'Cohen Case'). After review of the cases, the Court finds that the cases should be consolidated into one action pursuant to Rule 42(a)(2). Therefore, the Clerk is directed to consolidate *Gupton v. Tyson Foods, Inc., 4:08cv00587* with the Cohen Case, 4:08cv00366 JMM. All future documents should be filed in the Cohen Case.

IT IS SO ORDERED THIS 23rd day of July, 2008.

_____
UNITED STATES DISTRICT COURT