IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIKO COHEN, et al                                                                    PLAINTIFFS

Vs.                          CASE NO.   4:08cv00366 JMM - Lead Case

TYSON FOODS, INC.                                                                      DEFENDANT

MARY F. WILSON                                                                         PLAINTIFF

Vs.                          CASE NO.   4:08cv00557 JMM

TYSON FOODS, INC.                                                                      DEFENDANT

JOHNNIE M. GUPTON                                                                      DEFENDANT

Vs.                          CASE NO.   4:08cv00587 JMM

TYSON FOODS, INC.                                                                      DEFENDANT

## ORDER

Presently the above cases are before the United States Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407.

The Court will delay issuing a Final Scheduling Order until the Panel has decided the transfer issue.

IT IS SO ORDERED this 1st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE