IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIKO COHEN, et al                                                                   PLAINTIFFS

Vs.                             CASE NO.   4:08cv00366 JMM - Lead Case

TYSON FOODS, INC.                                                                     DEFENDANT

MARY F. WILSON                                                                        PLAINTIFF

Vs.                             CASE NO.   4:08cv00557 JMM

TYSON FOODS, INC.                                                                     DEFENDANT

JOHNNIE M. GUPTON                                                                     PLAINTIFF

Vs.                             CASE NO.   4:08cv00587 JMM

TYSON FOODS, INC.                                                                     DEFENDANT

JOHN K. ZUKOWSKY, et al                                                               PLAINTIFFS

Vs.                             CASE NO.   4:08cv00584 JMM

TYSON FOODS, INC.                                                                     DEFENDANT

## ORDER

Pending is the Plaintiff's Notice of Related Case (docket entry #14).  The Defendant has responded and agrees that this case is closely related to *Cohen, et al v. Tyson Foods, Inc.,* 4:08cv00366 JMM (the 'Cohen Case').  After review of the cases, the Court finds that the cases should be consolidated into one action pursuant to Rule 42(a)(2).  Therefore, the Clerk is directed to consolidate *Zukowsky, et al v. Tyson Foods, Inc.,* 4:08cv00584 JMM, with the Cohen Case, 4:08cv00366 JMM.  All future documents should be filed in the Cohen Case.

The deadlines set in the Initial Scheduling Order (docket entry #9) in case 4:08cv00584 are canceled.

The Court delayed issuing a Final Scheduling Order in case 4:08cv00366 JMM pending the outcome of the decision by the Panel on Multidistrict Litigation (docket entry #53).

IT IS SO ORDERED this 5th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE